# EXHIBIT 4

TC

ISTANBUL

REPUBLIC CHIEF PROSECUTOR'S OFFICE

Anti-Smuggling, Narcotics and Economic Crimes Investigation Bureau

**Investigation No:** 2016/49414 :
**Those are**              2017/18944
**not ÿddianame No :** 2017/13768

TO THE 3RD CRIMINAL
_____
COURT OF FIRST INSTANCE OF ISTANBUL, I DD I ANAME

| | |
|---|---|
| **DONORS** | **: K.H.** |
| **COMPLAINANT** | **: CAPITAL MARKETS BOARD,** Eskiÿehir Road 8 Km. No:156 06530 ANKARA. |
| **ATTORNEY** | **: Attorney at Law EMRE SUBAÿI - Attorney at Law DÿLEK CENGÿZ,** Eskiÿehir Road 8 Km. No:156 Center/ANKARA. |
| **SUSPECTS** | **: 1- HASAN SAYIN,** from OSMAN's son AYTAÇ, born on 19/08/1964, registered in Istanbul province, Sarÿyer district, Büyükdere village/neighborhood, volume 1, family row no. 284, row no. 15, resides at Kÿsÿklÿ Mah. Kÿsÿklÿ Büyük Çamlÿca Cad. No:17C Üsküdar/ ÿSTANBUL. |
| **DEFENDER** | **: Atty. ERKAN TERCAN,** Merkez Mah. Büyükdere Cad. No:21 Damla Apt. Floor:5 Flat:5 34384 ÿiÿli/ ÿSTANBUL. : **2- ÿBRAHÿM SAYIN,** son of OSMAN AYTAÇ, born on 01/05/1963, registered in Istanbul province Sarÿyer district Büyükdere village/neighborhood, volume 1, family row no, row no 13, resides at Kÿsÿklÿ Mah. Kÿsÿklÿ Büyük Çamlÿca Cad. No:17F ÿç Kapÿ No:1 Üsküdar/ ÿSTANBUL. |
| **DEFENDER** | **: Atty. ERKAN TERCAN,** Merkez Mah. Büyükdere Cad. No:21 Damla Apt. Floor:5 Flat:5 34384 ÿiÿli/ ISTANBUL. |
| | **: 3- MUHAMMET ERHAN KÖSEOÿLU,** son of HASAN from MAKBULE, born on 10/05/1974, registered in the Ekmekçiler village/neighborhood of Rize Central district, volume 14, family row number 36, row number 128, resides at Atatürk Mah. 3rd Street No:3G Interior Door No:51 Ataÿehir/ ÿSTANBUL. |
| **DEFENDER** | **: Atty. SEDAT POLAT,** Salacak Mah. Öÿdül Sk. Maiden's Tower Mansions No:29-33 B.2 D.5 Üsküdar/ ISTANBUL. |
| | **: 4- CEVDET TÜRKYOLU,** son of HASAN from ZAHÿDE, born on 30/04/1960, registered in the Akÿncÿlar village/neighborhood of Adapazarÿ district of Sakarya province, volume 1, family serial number 225, serial number 75, resides at Beylerbeyi Mh. Çamlÿca Cad. No:18/4 Üsküdar/ ÿSTANBUL. |



|  |  |
|---|---|
|  | **: 5- FERHAT AKTAÿ,** son of TEVFÿK and ÿENGÜL, born on 08/04/1980, registered in the Yaylacÿk village/neighborhood of the Selim district of Kars province, volume 50, family serial number 32, serial number 36, resides at the address Bahçelievler Mah. Baÿÿt Sk. No:4 ÿç Kapÿ No:1 Üsküdar/ ÿSTANBUL. |
| **DEFENDER** | **: Atty. AZÿZ AKTAÿ,** Bahçelievler District, Ayla Street, No:15/2 34764 Üsküdar/ ÿSTANBUL. |
| **CRIME** <br> **DATE AND PLACE OF CRIME** <br> **SHIPPING ITEMS** | : Violation of the Capital Market Law No. 6362 : 25/03/2014 - ISTANBUL/SARIYER : Articles 106/1 of the Capital Market Law, 53/1 of the Turkish Penal Code. |
| **EVIDENCES** | : Claim, written application petition, defense statements of suspects, Inspection Report of the Capital Markets Board Market Supervision and Audit Department, Capital Markets Board decision, population and criminal record records and all document scope. |

### INVESTIGATION DOCUMENTS WERE REVIEWED:

With the written application petition numbered E.4368 and dated 18/04/2016, submitted to our Office of the Chief Public Prosecutor by the representatives of the Capital Markets Board, a criminal complaint was filed against the suspects Hasan SAYIN, ÿbrahim SAYIN, Muhammet Erhan KÖSEOÿLU, Cevdet TÜRKYOLU and Ferhat AKTAÿ, claiming that they committed the crime of *"Information Abuse"* .

According to the Audit Report numbered XXI-18/23-1, XXII-10/43-1, XXIV-12/52-7, XXV-10/34-1 dated 25.02.2016 prepared by the Board experts as a result of the examination of the transactions carried out before and after the special situation announcement regarding the commencement of strategic partnership negotiations with Qatar Islamic Bank (QIB) by Bank Asya, which was announced to the public by Bank Asya on 25.03.2014 at 17:50:40;

--- As a result of the special situation announcement of Bank Asya dated 25.03.2014, which was directed to all investors, the weighted average price of Bank Asya (ASYAB) shares increased by 58.18% until 28.03.2014, from 1.10 TL to 1.74 TL;

--- Approximately 1.5 months before the special situation statement made on 25.03.2014, on 04.02.2014, QIB representative Can GÜÇLÜ visited Bank Asya and expressed QIB's interest in becoming a strategic partner in Bank Asya, thus the process leading to the special situation statement began and since that date, various steps have been taken by Bank Asya-QIB officials towards the realization of the partnership;

--- Hasan SAYIN, ÿbrahim SAYIN, Muhammet Erhan KÖSEOÿLU, Cevdet TÜRKYOLU and Ferhat AKTAÿ, who had knowledge that partnership talks were held between Bank Asya and QIB between 04.02.2014 and 25.03.2014, when the investors were not yet aware of the partnership talks, used this inside information to purchase ASYAB shares at a low price and, after Bank Asya publicly announced that partnership talks had begun with QIB, they sold the previously purchased ASYAB shares at a high price, thus gaining benefit; **--- Hasan SAYIN** is a privileged shareholder of Bank Asya A group, he attended the meeting held with Bank Asya A group privileged shareholders regarding strategic partnership

negotiations on 19.03.2014, Hasan SAYIN did not have ASYAB stock as of 07.03.2014, and as a result of the purchase and sale transactions he made in four days between 10.03.2014 and 17.03.2014, he increased his ASYAB stock to 317,000 units, one day before the meeting for the privileged shareholders on 18.03.2014.



Machine Translated by Google

As a result of the largest purchase transaction it carried out, it increased its ASYAB stock by 1,393,765 units, reaching 1,711,265 units, and disposed of the entire stock on 27.03.2014, and gained a realized benefit of 245,705.66 TL as a result of the transactions carried out in the said period;

--- **ÿbrahim SAYIN** is a privileged shareholder of Bank Asya Group A and attended the meeting held with Bank Asya Group A privileged shareholders regarding strategic partnership negotiations on 19.03.2014, and increased his ASYAB share stock to 999.755 by purchasing 50,000, 100,000 and 500,000 units in total on 12.03.2014, 14.03.2014 and 18.03.2014 before the special situation announcement, and sold 859,755 of this stock on 27.03.2014 after the special situation announcement, and made his highest net purchase during the review period on 17.03.2014, when he was called by Bank Asya officials for the meeting on 19.03.2014. Before the special situation announcement in the ASYAB stock market on 18.03.2014, it made 600,000 purchase transactions in the period 04.02.2014 - 25.03.2014 and made a sales transaction after 25.03.2014 and gained a realized benefit of 191,180 TL;

--- **Muhammet Erhan KÖSEOÿLU,** sent an order to the person named Muhammed Ali AYDIN, against whom a lawsuit was previously filed for the same crime, from the same IP address on the same date, 25.03.2014, right after Muhammed Ali AYDIN, and within the last two hours before the special situation announcement dated 25.03.2014, he purchased 40,000 ASYAB shares via the internet connection of the company owned by Muhammed Ali AYDIN and in which he himself carried out ASYAB transactions, and later on, on 27.03.2014 and 09.04.2014, he sold a total of 40,000 ASYAB shares, thus eliminating its stocks, and gaining a realized benefit of 18,800 TL as a result of these transactions; --- **Cevdet TÜRKYOLU** started to increase its ASYAB stock as of 24.12.2013 and increased its stock to 355,600 units
until 04.02.2014 when the first offer regarding the special situation announcement was submitted to Asya Katÿlÿm Bankasÿ, and after this date, he increased his stock to 2,800,000 units by making intensive purchases between 17.02.2014 and 28.02.2014 and then disposed of all of his ASYAB shares on 03.06.2014 after the special situation announcement, and made 2,444,400 purchases in the ASYAB share market between 04.02.2014 and 25.03.2014 and made sales after 25.03.2014 and gained a realized benefit of 1,070,158 TL;

--- It has been determined that Ferhat AKTAÿ purchased a total of 835,000 shares on the ASYAB equity market between 06.03.2014 and 10.03.2014 and 1,500,000 shares on 01.04.2014 after the announcement, and sold 1,577,000 shares on 07.04.2014, 08.04.2014 and 10.04.2014 after the special situation announcement, and in total, he made a net purchase of 835,000 shares on the ASYAB equity market between 04.02.2014 and 25.03.2014, and obtained a realized benefit of 437,417.5 TL by making sales after 25.03.2014.

The Board Decision-Making Body decided with the decision numbered 7/237 dated 03/03/2016; "It has been concluded that the transactions carried out by Asya Katÿlÿm Bankasÿ A.ÿ. (ASYAB) in the equity market before and after the special situation announcement dated 25.03.2014 can be evaluated within the scope of the crime of information abuse defined in article 106/1 of the CMB numbered 6362, and a criminal complaint should be filed against Cevdet TÜRKYOLU, Hasan SAYIN, ÿbrahim SAYIN, Ferhat AKTAÿ and Muhammet Erkan KÖSEOÿLU in order to take action within the scope of the said provision ." Suspects Hasan SAYIN, ÿbrahim
SAYIN, Muhammet Erkan KÖSEOÿLU and Ferhat AKTAÿ stated in their defenses that they did not accept the crime they were accused of. Despite all the investigations, it was not possible to obtain the defense of the suspect Cevdet TÜRKYOLU, who could not be obtained.



Machine Translated by Google

As a result of the investigation conducted by our Office of the Chief Public Prosecutor, it has been understood from the evidence, information and documents obtained and the findings in the Audit Report that the suspects obtained the share price they obtained before the public announcement dated 25.03.2014 in the Asya Katÿlÿm Bankasÿ A.ÿ. stock market and used the inside information that has not yet been disclosed to the public and that could affect the investors' decisions, and that they obtained benefits by selling the said shares after the public announcement, and thus committed the crime attributed to them.

The evidence is at the discretion of your court; It is

requested and claimed on behalf of the public that the indictment prepared against the suspects be accepted, the suspects be tried for the crime they are accused of being tried in your court, and if it is proven that they committed the crime they are accused of, they be sentenced SEPARATELY in accordance with the above-mentioned

referral articles that are appropriate for their actions. 20/06/2017

ALI KARABULUT 36919
Public Prosecutor
*It is e-signed*

**Soruşturma No** : 2016/49414
**Esas No** : 2017/18944
**İddianame No** : 2017/13768

# İ D D İ A N A M E
## İSTANBUL 3. ASLİYE CEZA MAHKEMESİ'NE

| | |
|---|---|
| **DAVACI** | : K.H. |
| **MÜŞTEKİ** | : **SERMAYE PİYASASI KURULU,** Eskişehir Yolu 8 Km. No:156 06530 ANKARA. |
| **VEKİLİ** | : Av. EMRE SUBAŞI - Av. DİLEK CENGİZ, Eskişehir Yolu 8 Km. No:156 Merkez/ANKARA. |
| **ŞÜPHELİLER** | : 1- **HASAN SAYIN,** OSMAN oğlu AYTAÇ'dan olma, 19/08/1964 doğumlu, İstanbul ili Sarıyer ilçesi Büyükdere köy/mahallesi 1 cilt, 284 aile sıra no, 15 sıra no'da nüfusa kayıtlı, Kısıklı Mah. Kısıklı Büyük Çamlıca Cad. No:17C Üsküdar/ İSTANBUL adresinde ikamet eder. |
| **MÜDAFİİ** | : **Av. ERKAN TERCAN,** Merkez Mah. Büyükdere Cad. No:21 Damla Apt. Kat:5 Daire:5 34384 Şişli/ İSTANBUL. |
| | : 2- **İBRAHİM SAYIN,** OSMAN oğlu AYTAÇ'dan olma, 01/05/1963 doğumlu, İstanbul ili Sarıyer ilçesi Büyükdere köy/mahallesi 1 cilt, 284 aile sıra no, 13 sıra no'da nüfusa kayıtlı, Kısıklı Mah. Kısıklı Büyük Çamlıca Cad. No:17F İç Kapı No:1 Üsküdar/ İSTANBUL adresinde ikamet eder. |
| **MÜDAFİİ** | : **Av. ERKAN TERCAN,** Merkez Mah. Büyükdere Cad. No:21 Damla Apt. Kat:5 Daire:5 34384 Şişli/ İSTANBUL. |
| | : 3- **MUHAMMET ERHAN KÖSEOĞLU,** HASAN oğlu MAKBULE'den olma, 10/05/1974 doğumlu, Rize Merkez ilçesi Ekmekçiler köy/mahallesi 14 cilt, 36 aile sıra no, 128 sıra no'da nüfusa kayıtlı, Atatürk Mah. 3. Cad. No:3G İç Kapı No:51 Ataşehir/ İSTANBUL adresinde ikamet eder. |
| **MÜDAFİİ** | : **Av. SEDAT POLAT,** Salacak Mah. Öğdül Sk. Kız Kulesi Konakları No:29-33 B.2 D.5 Üsküdar/ İSTANBUL. |
| | : 4- **CEVDET TÜRKYOLU,** HASAN oğlu ZAHİDE'den olma, 30/04/1960 doğumlu, Sakarya ili Adapazarı ilçesi Akıncılar köy/mahallesi 1 cilt, 225 aile sıra no, 75 sıra no'da nüfusa kayıtlı, Beylerbeyi Mh. Çamlıca Cad. No:18/4 Üsküdar/ İSTANBUL adresinde ikamet eder. |

UYAP Bilişim Sistemindeki bu dökümana http://vatandas.uyap.gov.tr adresinden  7HSdDe6 - POAMFJK - DWma9/+ - 0wDPqY= ile erişebilirsin

|                        | : **5- FERHAT AKTAŞ,** TEVFİK oğlu ŞENGÜL'den olma, 08/04/1980 doğumlu, Kars ili Selim ilçesi Yaylacık köy/ mahallesi 50 cilt, 32 aile sıra no, 36 sıra no'da nüf. kayıtlı, Bahçelievler Mah. Bağıt Sk. No:4 İç Kapı No:1 Üsküdar/ İSTANBUL adresinde ikamet eder. |
|---|---|
| **MÜDAFİİ** | : Av. **AZİZ AKTAŞ,** Bahçelievler Mah. Ayla Sok. No:15/2 34764 Üsküdar/ İSTANBUL. |
| **SUÇ** | : 6362 Sayılı Sermaye Piyasası Kanununa Muhalefet |
| **SUÇ TARİHİ VE YERİ** | : 25/03/2014 - İSTANBUL/SARIYER |
| **SEVK MADDELERİ** | : Sermaye Piyasası Kanunu 106/1, Türk Ceza Kanunu 53/1 maddeleri. |
| **DELİLLER** | : İddia, yazılı başvuru dilekçesi, şüphelilerin savunmaları, Sermaye Piyasası Kurulu Piyasa Gözetim ve Denetim Dairesi'nin Denetleme Raporu, Sermaye Piyasası Kurulu kararı, nüfus ve adli sicil kayıtları ile tüm evrak kapsamı. |

**SORUŞTURMA EVRAKI İNCELENDİ:**

Sermaye Piyasası Kurulu vekilleri tarafından C.Başsavcılığımıza verilen 18/04/2016 havale tarihli E.4368 sayılı yazılı başvuru dilekçesiyle, *"Bilgi Suistimali"* suçunu işlediklerinden bahisle şüpheliler Hasan SAYIN, İbrahim SAYIN, Muhammet Erhan KÖSEOĞLU, Cevdet TÜRKYOLU ve Ferhat AKTAŞ hakkında suç duyurusunda bulunulmuştur.

Bank Asya tarafından 25.03.2014 tarihinde saat 17:50:40'ta kamuya duyurulan, Bank Asya'nın Qatar Islamic Bank (QIB) ile stratejik ortaklık görüşmelerine başladığına yönelik özel durum açıklaması öncesinde ve sonrasında gerçekleştirilen işlemlerin incelenmesi sonucunda Kurul uzmanları tarafından hazırlanan 25.02.2016 tarih ve XXI-18/23-1, XXII-10/43-1, XXIV-12/52-7, XXV-10/34-1 sayılı Denetleme Raporu'na göre;

--- Tüm yatırımcılara yönelik olan 25.03.2014 tarihli Bank Asya'ya ait özel durum açıklaması neticesinde Bank Asya (ASYAB) hisselerinin ağırlıklı ortalama fiyatının 28.03.2014 tarihine kadar %58,18 artarak 1,10 TL seviyesinden 1,74 TL seviyesine ulaştığı;

--- 25.03.2014 tarihinde yapılan özel durum açıklamasından yaklaşık 1,5 ay önce, 04.02.2014 tarihinde QIB temsilcisi Can GÜÇLÜ'nün Bank Asya'yı ziyaret ederek, QIB'in Bank Asya'da stratejik ortak olarak yer almaya yönelik ilgisini ifade ettiği, böylelikle özel durum açıklamasına kadar uzanan sürecin başladığı ve bu tarihten itibaren Bank Asya-QIB yetkilileri tarafından ortaklığın gerçekleştirilmesine yönelik çeşitli adımlar atıldığı;

--- Ortaklık görüşmelerinden yatırımcıların henüz haberdar olmadığı 04.02.2014-25.03.2014 tarihleri arasında, Bank Asya ile QIB tarafından ortaklık görüşmeleri yapıldığı bilgisine sahip olan Hasan SAYIN, İbrahim SAYIN, Muhammet Erhan KÖSEOĞLU, Cevdet TÜRKYOLU ve Ferhat AKTAŞ'ın bu içsel bilgiyi kullanarak düşük fiyattan ASYAB hissesi alımı yapmak ve QIB ile ortaklık görüşmelerine başlandığının Bank Asya tarafından kamuya açıklanması sonrasında, daha önceden alınmış olan ASYAB hisselerini yüksek fiyattan satmak suretiyle menfaat elde ettikleri;

--- **Hasan SAYIN'ın** Bank Asya A grubu imtiyazlı pay sahibi olduğu, 19.03.2014 tarihinde stratejik ortaklık görüşmeleri ile ilgili olarak Bank Asya A grubu imtiyazlı pay sahipleri ile yapılan toplantıya katıldığı, 07.03.2014 tarihi itibarıyla ASYAB stoku bulunmayan Hasan SAYIN'ın 10.03.2014 ila 17.03.2014 tarihi arasındaki dört günde gerçekleştirdiği alış ve satış işlemleri sonucunda ASYAB stokunu 317.000 adede çıkardığı, imtiyazlı pay sahiplerine yönelik toplantı yapılmasından bir gün önce 18.03.2014 tarihinde

2/4



gerçekleştirdiği en büyük alış işlemi sonucunda ise ASYAB stokunu 1.393.765 adet arttırarak 1.711.265 adede kadar çıkardığı ve elinde yer alan stokun tamamını 27.03.2014 tarihinde elden çıkardığı, anılan dönemde gerçekleştirilen işlemler neticesinde 245.705,66 TL realize menfaat elde ettiği;

--- **İbrahim SAYIN'ın** Bank Asya A grubu imtiyazlı pay sahibi olduğu ve 19.03.2014 tarihinde stratejik ortaklık görüşmeleri ile ilgili olarak Bank Asya A grubu imtiyazlı pay sahipleri ile yapılan toplantıya katıldığı, özel durum açıklaması öncesinde 12.03.2014, 14.03.2014 ve 18.03.2014 tarihlerinde sırasıyla 50.000, 100.000 ve 500.000 adet olmak üzere toplam 650.000 adet alım gerçekleştirerek ASYAB payı stokunu 999.755'e yükselttiği, özel durum açıklaması sonrasında 27.03.2014 tarihinde bu stokun 859.755 adedini elinden çıkardığı, inceleme dönemindeki en yüksek net alımını 19.03.2014 tarihli toplantı için Bank Asya yetkilileri tarafından arandığı 17.03.2014 tarihinden hemen bir gün sonra 18.03.2014 tarihinde gerçekleştirdiği, ASYAB pay piyasasında özel durum açıklaması öncesinde 04.02.2014-25.03.2014 döneminde 600.000 adet alım işlemi gerçekleştirdiği ve 25.03.2014 tarihi sonrasında satış işlemi gerçekleştirerek 191.180 TL realize menfaat elde ettiği;

--- **Muhammet Erhan KÖSEOĞLU'nun,** hakkında daha önce aynı suçtan dava açılan Muhammed Ali AYDIN isimli şahıs ile aynı IP adresinden aynı tarih olan 25.03.2014 tarihinde Muhammed Ali AYDIN'dan hemen sonra emir ilettiği, 25.03.2014 tarihli özel durum açıklamasından önceki son iki saat içerisinde Muhammed Ali AYDIN'ın sahibi olduğu ve kendisinin de ASYAB işlemi gerçekleştirdiği şirketin internet bağlantısı üzerinden 40.000 adet ASYAB payı alım işlemi gerçekleştirdiği, daha sonra 27.03.2014 ve 09.04.2014 tarihlerinde toplam 40.000 adet ASYAB payı satım işlemi gerçekleştirerek stoklarını sıfırladığı, bu işlemler neticesinde 18.800 TL realize menfaat elde ettiği;

--- **Cevdet TÜRKYOLU'nun** 24.12.2013 tarihinden itibaren ASYAB stokunu arttırmaya başladığı ve özel durum açıklaması ile ilgili olarak ilk teklifin Asya Katılım Bankası'na iletildiği 04.02.2014 tarihine kadar stokunu 355.600 adede yükselttiği, bu tarihten sonra 17.02.2014-28.02.2014 tarihleri arasında yoğun alımlar gerçekleştirerek stokunu 2.800.000 adede çıkardığı ve ardından ASYAB hisselerinin tamamını özel durum açıklaması sonrasında 03.06.2014 tarihinde elden çıkardığı, ASYAB pay piyasasında 04.02.2014-25.03.2014 döneminde 2.444.400 adet alım işlemi gerçekleştirdiği ve 25.03.2014 tarihi sonrasında satış işlemi gerçekleştirerek 1.070.158 TL realize menfaat elde ettiği;

--- **Ferhat AKTAŞ'ın** ASYAB pay piyasasında 06.03.2014 ve 10.03.2014 tarihlerinde toplam 835.000 adet ve açıklama sonrasında 01.04.2014 tarihinde 1.500.000 adet alım gerçekleştirdiği, özel durum açıklamasından sonra 07.04.2014, 08.04.2014 ve 10.04.2014 tarihlerinde ise l.577.000 adet satım gerçekleştirdiği, toplamda ASYAB pay piyasasında 04.02.2014-25.03.2014 döneminde 835.000 adet net alım işlemi gerçekleştirdiği, 25.03.2014 tarihi sonrasında satış işlemi gerçekleştirerek 437.417,5 TL realize menfaat elde ettiği tespit edilmiştir.

Kurul Karar Organı'nın 03/03/2016 tarih ve 7/237 sayılı kararıyla; "Asya Katılım Bankası A.Ş. (ASYAB) pay piyasasında 25.03.2014 tarihli özel durum açıklaması öncesi ve sonrasında gerçekleştirdiği işlemleri 6362 sayılı SPK'nun 106/1 maddesinde tanımlanan bilgi suistimali suçu kapsamında değerlendirilebileceği kanaatine ulaşılan Cevdet TÜRKYOLU, Hasan SAYIN, İbrahim SAYIN, Ferhat AKTAŞ ve Muhammet Erhan KÖSEOĞLU hakkında, anılan hüküm kapsamında işlem yapılmak üzere suç duyurusunda bulunulmasına" karar verilmiştir.

Şüpheliler Hasan SAYIN, İbrahim SAYIN, Muhammet Erkan KÖSEOĞLU ve Ferhat AKTAŞ alınan savunmalarında atılı suçu kabul etmediklerini beyan etmişlerdir. Yapılan tüm araştırmalara rağmen temin edilemeyen şüpheli Cevdet TÜRKYOLU'nun savunmasının alınması mümkün olmamıştır.

UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden 7HSdDe6 - POAMFJK - DWma9/+ - 0wDPqY= ile erişebilirsin



C.Başsavcılığımızca yapılan soruşturma sonucunda elde edilen delil, bilgi ve belgeler ile Denetleme Raporu'ndaki tespitlerden; şüphelilerin, halka açık Asya Katılım Bankası A.Ş. pay piyasasında 25.03.2014 tarihli özel durum açıklamasının öncesinde edindikleri pay fiyatını ve yatırımcıların kararını etkileyebilecek nitelikte henüz kamuya açıklanmamış olan içsel bilgiyi kullanarak pay alımı yapmak ve özel durum açıklaması sonrasında söz konusu hisseleri satmak suretiyle menfaat elde ettikleri ve böylece üzerlerine atılı suçu işledikleri hususunda yeterli şüphe oluştuğu tüm evrak kapsamından anlaşılmıştır.

Delillerin takdiri mahkemenize ait olmak üzere;

Şüpheliler hakkında düzenlenen iddianamenin kabulü ile, şüphelilerin üzerlerine atılı suçtan yargılamalarının mahkemenizde yapılarak, atılı suçu işledikleri sabit olduğunda, eylemlerine uyan yukarıda yazılı sevk maddeleri uyarınca AYRI AYRI cezalandırılmalarına karar verilmesi;

Kamu adına talep ve iddia olunur. 20/06/2017

ALİ KARABULUT 36919
Cumhuriyet Savcısı
 *E-imzalıdır*

UYAP Bilişim Sistemindeki bu dokümana http://vatandas.uyap.gov.tr adresinden 7HSdDe6 - POAMFJK - DWma9/+ - 0wDPqY= ile erişebilirsin

