UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                               :

In re Application of                                             :

THE REPUBLIC OF TÜRKIYE,                 :
                                                           :        24 Misc. 557 (JPC)
Applicant for an Order pursuant to         :
28 U.S.C. § 1782 to Conduct Discovery   :        ORDER
for use in Foreign Proceedings               :
                                                           :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For the reasons stated on the record at the conference held on April 11, 2025, the Court grants Cevdet Turkyolu's request to intervene in this matter and for leave to file a motion challenging the subpoenas issued in this matter to Bank of America, N.A. and Wells Fargo Bank, N.A. (the "Respondent Banks"). Mr. Turkyolu shall file his motion, accompanying brief, and any related materials on or before April 25, 2025. The Republic of Türkiye ("Applicant") shall file its opposition and any accompanying materials on or before May 9, 2025. Mr. Turkyolu may file a reply on or before May 16, 2025.

       Pending the resolution of Mr. Turkyolu's forthcoming motion, the Court orders as follows:

       1.    Applicant shall refrain from seeking any further materials from the Respondent Banks pursuant to the subpoenas issued in this matter and shall promptly inform the Respondent Banks not to make any further productions of materials pursuant to those subpoenas.

       2.    Applicant shall take reasonable steps to identify and secure all copies of materials produced to it under the subpoenas and to prevent copies of such materials from being shared with any parties other than Mr. Turkyolu, the Respondent Banks, and the other defendants in the Turkish criminal proceedings underlying the application in this matter—Hasan Sayin, Ybrahym Sayin, Muhammet Erhan Koseoylu, and Ferhat Aktay (the "Other Defendants"). Applicant shall file a

letter on or before April 18, 2025, describing the steps that it has taken to comply with this directive.

3.    Except to the extent necessary to identify and secure all copies of the materials produced pursuant to the subpoenas, Applicant shall immediately cease reviewing and/or making further use of any materials already received under the subpoenas.  Applicant shall refrain from filing any additional applications for discovery, whether under 28 U.S.C. § 1782 or otherwise, that rely in any part on materials produced pursuant to the subpoenas in this matter.

4.    Applicant shall serve notice and copies of the subpoenas on Mr. Turkyolu and take reasonable steps to serve notice and copies of the subpoenas on the Other Defendants.  Applicant shall also take reasonable steps to serve a copy of this Order on the Other Defendants.  Applicant shall complete such service and file proof thereof on the docket no later than April 24, 2025, or shall file a status letter no later than April 24, 2025, explaining why service could not be made.  The Other Defendants may file requests to intervene in this matter within thirty days of being served as provided in this Order.

5.    The Court will separately order the sealing of the materials at Docket Number 1-5 in *In Re: Application of The Republic of Türkiye*, 25 Misc. 148 (JPC) (S.D.N.Y. Apr. 2, 2025). This sealing is without prejudice to Applicant requesting to unseal the materials following the resolution of Mr. Turkyolu's forthcoming motion.

6.    Nothing in this Order shall be construed to restrict Applicant in taking any investigative or prosecutorial actions against Mr. Turkyolu or the Other Defendants that do not rely in any part on the materials produced under the subpoenas in this matter.  In addition, nothing in this Order prevents Applicant from filing additional discovery applications pursuant to 28 U.S.C. § 1782 or otherwise that do not rely on or use materials produced pursuant to the subpoenas issued in this matter.

SO ORDERED.

Dated: April 11, 2025
       New York, New York

                                            JOHN P. CRONAN
                                    United States District Judge