UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                              :

In re Application of                               :
                                              :

THE REPUBLIC OF TÜRKIYE,                 :                                      
                                              :             24 Misc. 557 (JPC)

Applicant for an Order pursuant to       :
28 U.S.C. § 1782 to Conduct Discovery   :                ORDER
for use in Foreign Proceedings             :
                                              :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court will hear oral argument on Intervenor Cevdet Turkyolu's motion to quash, Dkt.

23, at 3:00 p.m. on July 1, 2025, in Courtroom 12D at 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: June 10, 2025
      New York, New York
                                              JOHN P. CRONAN
                                        United States District Judge