UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
In re Application of                                                                                   :
:
THE REPUBLIC OF TÜRKIYE,                                            :
:           24 Misc. 557 (JPC)
Applicant for an Order pursuant to                                   :
28 U.S.C. § 1782 to Conduct Discovery                         :           ORDER
for use in Foreign Proceedings                                          :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' simultaneous supplemental submissions addressing the proper remedy for the documents that had already been produced under the quashed subpoena. *See* Dkts. 36, 37.  Türkiye's counsel has represented that it has "directed [the] client to destroy all copies of the documents produced by the Respondent Banks in response to the subpoenas," and "as the subpoenaed materials have been voluntarily destroyed and Applicant will be renewing its application, no further relief is warranted or necessary at this time."  Dkt. 36.  Turkyolu, by contrast, claims that his requested remedy remains "warranted and necessary" because Türkiye "has not certified that it (a) has complied with counsel's directive to destroy all copies of the Bank Records, (b) has destroyed and/or returned all documents containing or reflecting any of the information contained in the Bank Records and (c) will refrain from otherwise reviewing and/or making use of the information contained in the Bank Records."  Dkt. 37 at 1 n.2.  By August 22, 2025, Türkiye shall file a letter to the Court limited to whether it is willing to "provid[e] a certification that it has taken each of these steps."  *Id.*

SO ORDERED.

Dated: August 19, 2025                                        _____
New York, New York                                                      JOHN P. CRONAN
                                                                                United States District Judge