UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                  :

In re Application of                    :

                  :

THE REPUBLIC OF TÜRKIYE,       :

                  :       24 Misc. 557 (JPC)

Applicant for an Order pursuant to  :

28 U.S.C. § 1782 to Conduct Discovery :       ORDER

for use in Foreign Proceedings    :

                  :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Applicant The Republic of Türkiye's renewed application for an

order under 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding.  Dkts. 47-48.

Intervenor Cevdet Turkyolu shall have until January 9, 2026, to respond to Türkiye's application;

Türkiye's reply, if any, shall be due January 16, 2026.

       SO ORDERED.

Dated:  December 18, 2025
       New York, New York

                              JOHN P. CRONAN
                       United States District Judge